FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BILL MEIER
LEE GABRIEL
BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

May 12, 2016

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Bldg.
100 N. Calhoun St., 2nd Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. Tiffany Haertling
Judge, 442nd District Court
Denton County Courts Bldg.
1450 E. McKinney St., 2nd Floor
Denton, TX 76209-4524
* DELIVERED VIA E-MAIL *

Civil District Clerk, Denton County
P.O. Box 2146
Denton, TX 76202-2146
* DELIVERED VIA E-MAIL *

Paul F. Wieneskie
Bailey & Galyen
1300 Summit Ave., Ste. 650
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

Cheryl D. Smith
6001 Bridge Street, Suite 102
6001 Bridge Street, Suite 102
Fort Worth, TX 76112
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    02-15-00249-CV
       Trial Court Case Number:    14-01284-158

Style:    Christopher Hoskins
          v.
          Ricco Family Partners, Ltd.


RE:    Court of Appeals Number:    02-15-00253-CV
       Trial Court Case Number:    14-01284-158

Style:    Dennis Eckel
          v.
          Ricco Family Partners, Ltd.

FILE COPY

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced causes.

Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*